UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**INVESTAR BANK, NATIONAL ASSOCIATION**                CIVIL ACTION

**VERSUS**                                                                              NO. 21-680-EWD

**BOB G. DEAN, JR.**                                                         CONSENT

## JUDGMENT

For the reasons stated in the Court's Ruling and Order,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that the total amount of the judgment in favor of Plaintiff Investar Bank, National Association and against Defendant Bob G. Dean, Jr. as of November 7, 2023, is **$31,000,000.00**, with interest to accrue at the rate of $5,856.40 per diem until this Judgment is entered, and interest to accrue at the rate provided for in 28 U.S.C. § 1961 from the date this Judgment is entered until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this judgment does not preclude Plaintiff Investar Bank, National Association from bringing a separate civil action against Defendant Bob G. Dean, Jr. for advances it made after August 26, 2022 to cover the costs of insurance, repairs, or property taxes for Investar's collateral, costs of collection, keeper fees, and other charges for which Defendant Bob G. Dean, Jr. may be liable to Investar Bank, National Association. Any such charges incurred after August 26, 2022, and interest on those charges, are not included in or barred by this judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to the Court's discretion under Federal Rule of Civil Procedure 54(d)(2)(B), Plaintiff Investar Bank, National Association's deadline to file a motion and related Bill of Costs requesting an award of attorneys' fees and costs is set at 28 days after the day this Judgment is entered by the Clerk.

---

[1] R. Doc. 65.

This is a final judgment.

Signed in Baton Rouge, Louisiana, on November 14, 2023.

                                            **ERIN WILDER-DOOMES**
                                            **UNITED STATES MAGISTRATE JUDGE**